PER CURIAM.
Affirmed. See Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Coughlin v. State, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); Carpenter v. State, 884 So.2d 385 (Fla. 2d DCA 2004); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Almendares v. State, 916 So.2d 29 (Fla. 4th DCA 2005); Pruitt v. State, 801 So.2d 143 (Fla. 4th DCA 2001).
WALLACE, SALARIO, and BADALAMENTI, JJ., Concur.